**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

COINBASE FINANCIAL MARKETS, INC.,

*Plaintiff,*

v.

WILLIAM TONG in his official capacity as Attorney General of Connecticut; BRYAN T. CAFFERELLI, in his official capacity as Commissioner of the Connecticut Department of Consumer Protection; KRISTOFER GILMAN, in his official capacity as Director of Gaming for the Connecticut Department of Consumer Protection,

*Defendants.*

No. 3:25-cv-02121

**ELECTRONICALLY FILED**

**PLAINTIFF'S NOTICE OF APPEAL**

Please take notice that Coinbase Financial Markets, Inc., hereby appeals to the United States Court of Appeals for the Second Circuit from the Memorandum & Order Denying Plaintiff's Motion for Preliminary Injunction entered in this action on August 10, 2026, Dkt. No. 93.

Dated: August 14, 2026

Respectfully Submitted,

/s/ *Yaira Dubin*

Yaira Dubin (phv209099)
**Gibson, Dunn & Crutcher LLP**
200 Park Avenue
New York, New York 10166-0193
Tel: 212.351.4000
Fax: 212.351.4035
ydubin@gibsondunn.com

*Counsel for Coinbase Financial Markets, Inc.*

APPEAL,EFILE

# U.S. District Court
# District of Connecticut (New Haven)
# CIVIL DOCKET FOR CASE #: 3:25−cv−02121−VDO
# *Internal Use Only*

Coinbase Financial Markets, Inc. v. Tong et al
Assigned to: Judge Vernon D. Oliver
Cause: 7:6(b) Federal Commodity Exchange Regulation

Date Filed: 12/18/2025
Jury Demand: None
Nature of Suit: 950 Constitutional − State Statute
Jurisdiction: Federal Question

**Plaintiff**

**Coinbase Financial Markets, Inc.** represented by

**Benjamin Walker**
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
212−558−7393
Email: walkerb@sullcrom.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven Holley**
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
212−558−4000
Email: holleys@sullcrom.com
*TERMINATED: 03/25/2026*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Akash Toprani**
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
212−558−4776
Email: toprania@sullcrom.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James McDonald**
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
212−558−3030
Email: mcdonaldj@sullcrom.com
*ATTORNEY TO BE NOTICED*

**Jeffrey B Wall**
Sullivan & Cromwell LLP
1700 New York Avenue NW
Suite 700
Washington, DC 20006
202−956−7500
Fax: 202−956−7676
Email: wallj@sullcrom.com
*ATTORNEY TO BE NOTICED*

**Rishabh Bhandari**
Sullivan & Cromwell LLP
1700 New York Avenue NW
Suite 700

Washington, DC 20006
202−956−7043
Email: bhandarir@sullcrom.com
*ATTORNEY TO BE NOTICED*

**Yaira Dubin**
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166−0193
212−351−3826
Email: ydubin@gibsondunn.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **William Tong**<br>*in his official capacity as Attorney General of Connecticut* | represented by | **Joseph E. Gasser**<br>Office of the Attorney General<br>165 Capitol Avenue<br>Hartford, CT 06106<br>860−808−5247<br>Email: joseph.gasser@ct.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Michael Nunes**<br>Connecticut Office of the Attorney General<br>165 Capitol Ave<br>Ste 4098<br>Hartford, CT 06106<br>860−808−5223<br>Email: michael.nunes@ct.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Bryan T Cafferelli**<br>*in his official capacity as Commissioner of the Connecticut Department of Consumer Protection* | represented by | **Joseph E. Gasser**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Michael Nunes**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Kristofer Gilman**<br>*in his official capacity as Director of Gaming for the Connecticut Department of Consumer Protection* | represented by | **Joseph E. Gasser**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Michael Nunes**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Amicus**

| | | |
|---|---|---|
| **Tribal Amici** | represented by | **Elizabeth Bower**<br>1899 L Street NW |

Suite 1200
Washington, DC 20036
434−996−0802
Email: ebower@hobbsstraus.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jens Wesley Camp**
Hobbs, Straus, Dean & Walker, LLP
1899 L St, NW
Suite 1200
Washington, DC 20036
202−822−8282
Email: jcamp@hobbsstraus.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph H Webster**
Hobbs, Straus, Dean & Walker LLP
1899 L Street, NW
Ste 1200
Washington, DC 20036
202−822−8282
Fax: 202−296−8834
Email: jwebster@hobbsstraus.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas J. Murphy**
Cowdery, Murphy & Healy, LLC
280 Trumbull Street
Hartford, CT 06103
860−278−5555
Fax: 860−249−0012
Email: tmurphy@cmandh.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Crowell**
Crowell Law Offices
1487 W Sr 89 A
Suite 8
Sedona, AZ 86336
425−802−5369
Email: scottcrowell@clotag.net
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/18/2025 | 1 | COMPLAINT against All Defendants ( Filing fee $405 receipt number ACTDC−8440622.), filed by Coinbase Financial Markets, Inc.. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit Exhibit A, # 3 Exhibit Exhibit B, # 4 Exhibit Exhibit C, # 5 Exhibit Exhibit D, # 6 Exhibit Exhibit E, # 7 Exhibit Exhibit F)(Holley, Steven) (Entered: 12/18/2025) |
| 12/18/2025 | | Request for Clerk to issue summons as to Bryan T Cafferelli. (Holley, Steven) (Entered: 12/18/2025) |
| 12/18/2025 | | Request for Clerk to issue summons as to Kristofer Gilman. (Holley, Steven) (Entered: 12/18/2025) |

| | | |
|---|---|---|
| 12/18/2025 | | Request for Clerk to issue summons as to William M. Tong. (Holley, Steven) (Entered: 12/18/2025) |
| 12/18/2025 | 2 | NOTICE of Related Case by All Plaintiffs (Holley, Steven) (Entered: 12/18/2025) |
| 12/18/2025 | 3 | Disclosure Statement by Coinbase Financial Markets, Inc.. (Holley, Steven) (Entered: 12/18/2025) |
| 12/18/2025 | 4 | NOTICE of Appearance by Steven Holley on behalf of Coinbase Financial Markets, Inc. (Holley, Steven) (Entered: 12/18/2025) |
| 12/18/2025 | 5 | MOTION for Preliminary Injunction by Coinbase Financial Markets, Inc..Responses due by 1/8/2026 (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order, # 3 Exhibit Declaration of Yaira Dubin, # 4 Exhibit A, # 5 Exhibit B, # 6 Exhibit C, # 7 Exhibit D, # 8 Exhibit E, # 9 Exhibit F, # 10 Exhibit Declaration of Andrew Sears)(Holley, Steven) (Entered: 12/18/2025) |
| 12/18/2025 | 6 | MOTION for Attorney(s) Benjamin R. Walker to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC−8440749) by Coinbase Financial Markets, Inc.. (Holley, Steven) (Entered: 12/18/2025) |
| 12/18/2025 | 7 | MOTION for Attorney(s) Akash M. Toprani to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC−8440758) by Coinbase Financial Markets, Inc.. (Holley, Steven) (Entered: 12/18/2025) |
| 12/18/2025 | 8 | MOTION for Attorney(s) Rishabh Bhandari to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC−8440759) by Coinbase Financial Markets, Inc.. (Holley, Steven) (Entered: 12/18/2025) |
| 12/18/2025 | 9 | MOTION for Attorney(s) Yaira Dubin to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC−8440761) by Coinbase Financial Markets, Inc.. (Holley, Steven) (Entered: 12/18/2025) |
| 12/18/2025 | 10 | MOTION for Attorney(s) Jeffrey B. Wall to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC−8440762) by Coinbase Financial Markets, Inc.. (Holley, Steven) (Entered: 12/18/2025) |
| 12/18/2025 | 11 | MOTION for Attorney(s) James M. McDonald to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC−8440763) by Coinbase Financial Markets, Inc.. (Holley, Steven) (Entered: 12/18/2025) |
| 12/18/2025 | 12 | Notice: Pursuant to Federal Rule of Civil Procedure 7.1(b), a disclosure statement required under Rule 7.1(a) must be filed with a party's first appearance, pleading, petition, motion, response, or other request addressed to the Court and must be supplemented if any required information changes during the case.<br>Signed by Clerk on 12/18/2025.(Murphy, T) (Entered: 12/19/2025) |
| 12/18/2025 | | CASE ASSIGNMENT: District Judge Sarah F. Russell assigned to the case. If the District Judge issues an Order of Referral to a Magistrate Judge for any matter other than settlement, the matter will be referred to Magistrate Judge Maria E. Garcia. (Freberg, B) (Entered: 12/19/2025) |
| 12/18/2025 | 13 | Order on Pretrial Deadlines: Amended Pleadings due by 2/16/2026 Discovery due by 6/19/2026 Dispositive Motions due by 7/24/2026<br>Signed by Clerk on 12/18/2025.(Chartier, A.) (Entered: 12/19/2025) |
| 12/18/2025 | 14 | ELECTRONIC FILING ORDER FOR COUNSEL − PLEASE ENSURE COMPLIANCE WITH COURTESY COPY REQUIREMENTS IN THIS ORDER<br>Signed by Judge Sarah F. Russell on 12/18/2025.(Chartier, A.) (Entered: 12/19/2025) |
| 12/18/2025 | 15 | Standing Protective Order<br>Signed by Judge Sarah F. Russell on 12/18/2025.(Chartier, A.) (Entered: 12/19/2025) |
| 12/18/2025 | 16 | Notice of Option to Consent to Magistrate Judge Jurisdiction.<br>(Chartier, A.) (Entered: 12/19/2025) |
| 12/18/2025 | 17 | **Notice to Counsel and Litigants Regarding AI−Assisted Research**: Attorneys and *pro se* litigants alike should exercise great caution in submitting any AI−generated language in filings before the Court. Use of AI without verification of the accuracy of the information it generates like any other shoddy research method from other sources |

| | | |
|---|---|---|
| | | or tools implicates Federal Rule of Civil Procedure 11, the central purpose of which is to deter baseless filings in district court and thus to streamline the administration and procedure of the federal courts. Rule 11 applies fully to actions filed by *pro se* litigants.<br><br>Therefore, all parties are on notice that the Court has a no−tolerance policy for any briefing (AI−assisted or not) that hallucinates legal propositions or otherwise severely misstates the law. Such filings will often result in sanctions absent reasonable excuse. *See generally Willis v. U.S. Bank Nat'l Ass'n et al*, No. 3:25−CV−516−BN, 2025 WL 1408897 (N.D. Tex. May 15, 2025).<br>Signed by Clerk on 12/18/2025.(Chartier, A.) (Entered: 12/19/2025) |
| 12/19/2025 | 18 | NOTICE TO COUNSEL/SELF−REPRESENTED PARTIES : Counsel or self−represented parties initiating or removing this action are responsible for serving all parties with attached documents and copies of 2 Notice of Related Case filed by Coinbase Financial Markets, Inc., 16 Notice of Option to Consent to Magistrate Judge Jurisdiction, 14 Electronic Filing Order, 7 MOTION for Attorney(s) Akash M. Toprani to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC−8440758) filed by Coinbase Financial Markets, Inc., 15 Standing Protective Order, 13 Order on Pretrial Deadlines, 1 Complaint, filed by Coinbase Financial Markets, Inc., 3 Disclosure Statement filed by Coinbase Financial Markets, Inc., 5 MOTION for Preliminary Injunction filed by Coinbase Financial Markets, Inc., 10 MOTION for Attorney(s) Jeffrey B. Wall to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC−8440762) filed by Coinbase Financial Markets, Inc., 4 Notice of Appearance filed by Coinbase Financial Markets, Inc., 9 MOTION for Attorney(s) Yaira Dubin to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC−8440761) filed by Coinbase Financial Markets, Inc., 17 Notice re: AI−Assisted Research,,,, 8 MOTION for Attorney(s) Rishabh Bhandari to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC−8440759) filed by Coinbase Financial Markets, Inc., 11 MOTION for Attorney(s) James M. McDonald to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC−8440763) filed by Coinbase Financial Markets, Inc., 6 MOTION for Attorney(s) Benjamin R. Walker to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC−8440749) filed by Coinbase Financial Markets, Inc., 12 Notice re: Disclosure Statement,<br>Signed by Clerk on 12/19/2025.(Chartier, A.) (Entered: 12/19/2025) |
| 12/19/2025 | 19 | ELECTRONIC SUMMONS ISSUED in accordance with Fed. R. Civ. P. 4 and LR 4 as to *Bryan T Cafferelli* with answer to complaint due within *21* days. Attorney *Steven Holley* *Sullivan & Cromwell LLP* *125 Broad Street* *New York, NY 10004*. (Chartier, A.) (Entered: 12/19/2025) |
| 12/19/2025 | 20 | ELECTRONIC SUMMONS ISSUED in accordance with Fed. R. Civ. P. 4 and LR 4 as to *Kristofer Gilman* with answer to complaint due within *21* days. Attorney *Steven Holley* *Sullivan & Cromwell LLP* *125 Broad Street* *New York, NY 10004*. (Chartier, A.) (Entered: 12/19/2025) |
| 12/19/2025 | 21 | ELECTRONIC SUMMONS ISSUED in accordance with Fed. R. Civ. P. 4 and LR 4 as to *William Tong* with answer to complaint due within *21* days. Attorney *Steven Holley* *Sullivan & Cromwell LLP* *125 Broad Street* *New York, NY 10004*. (Chartier, A.) (Entered: 12/19/2025) |
| 12/19/2025 | 22 | ORDER granting 6 Motion to Appear Pro Hac Vice for Attorney Benjamin R. Walker. Certificate of Good Standing due by 2/17/2026. Signed by Clerk on 12/19/2025. (Chartier, A.) (Entered: 12/19/2025) |
| 12/19/2025 | 23 | ORDER granting 7 Motion to Appear Pro Hac Vice for Attorney Akash M. Toprani. Certificate of Good Standing due by 2/17/2026. Signed by Clerk on 12/19/2025. (Chartier, A.) (Entered: 12/19/2025) |
| 12/19/2025 | 24 | ORDER granting 8 Motion to Appear Pro Hac Vice for Attorney Rishabh Bhandari. Certificate of Good Standing due by 2/17/2026. Signed by Clerk on 12/19/2025. (Chartier, A.) (Entered: 12/19/2025) |
| 12/19/2025 | 25 | ORDER granting 9 Motion to Appear Pro Hac Vice for Attorney Yaira Dubin. Certificate of Good Standing due by 2/17/2026. Signed by Clerk on 12/19/2025. (Chartier, A.) (Entered: 12/19/2025) |

| | | |
|---|---|---|
| 12/19/2025 | 26 | ORDER granting 10 Motion to Appear Pro Hac Vice for Attorney Jeffrey B. Wall. Certificate of Good Standing due by 2/17/2026. Signed by Clerk on 12/19/2025. (Chartier, A.) (Entered: 12/19/2025) |
| 12/19/2025 | 27 | ORDER granting 11 Motion to Appear Pro Hac Vice for Attorney James M. McDonald. Certificate of Good Standing due by 2/17/2026. Signed by Clerk on 12/19/2025. (Chartier, A.) (Entered: 12/19/2025) |
| 12/19/2025 | 28 | NOTICE of Appearance by Joseph E. Gasser on behalf of Bryan T Cafferelli, Kristofer Gilman, William Tong (Gasser, Joseph) (Entered: 12/19/2025) |
| 12/19/2025 | | Set Deadlines: Rule 26 Meeting Report due by 2/1/2026. (Kelsey, N) (Entered: 12/27/2025) |
| 12/22/2025 | 29 | NOTICE OF E−FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Telephonic Status Conference set for 12/23/2025 at 11:00 AM in Remote Setting before Judge Sarah F. Russell.<br><br>NOTICE regarding hearing via Telephone: Status Conference scheduled for 12/23/2025 at 11:00.<br><br>Call−in and Public Access Number: 203−684−6202<br><br>Phone conference ID: 688 168 426#<br><br>Please note: **Members of the public are permitted to join this hearing by audio only using the public access number above.** This is in accordance with the remote access policies of the Judicial Conference of the United States, which governs the practices of the federal courts. All persons granted remote access to proceedings are reminded of the general prohibition against recording, streaming, and rebroadcasting in any form, of court proceedings.<br><br>(Lewis, D) (Entered: 12/22/2025) |
| 12/22/2025 | 30 | NOTICE of Appearance by Benjamin Walker on behalf of Coinbase Financial Markets, Inc. (Walker, Benjamin) (Entered: 12/22/2025) |
| 12/22/2025 | 31 | NOTICE of Appearance by Jeffrey B Wall on behalf of Coinbase Financial Markets, Inc. (Wall, Jeffrey) (Entered: 12/22/2025) |
| 12/22/2025 | 32 | NOTICE of Appearance by James McDonald on behalf of Coinbase Financial Markets, Inc. (McDonald, James) (Entered: 12/22/2025) |
| 12/22/2025 | 33 | NOTICE of Appearance by Yaira Dubin on behalf of Coinbase Financial Markets, Inc. (Dubin, Yaira) (Entered: 12/22/2025) |
| 12/22/2025 | 34 | NOTICE of Appearance by Akash Toprani on behalf of Coinbase Financial Markets, Inc. (Toprani, Akash) (Entered: 12/22/2025) |
| 12/22/2025 | 35 | NOTICE of Appearance by Rishabh Bhandari on behalf of Coinbase Financial Markets, Inc. (Bhandari, Rishabh) (Entered: 12/22/2025) |
| 12/23/2025 | 36 | Minute Entry for proceedings held before Judge Sarah F. Russell: Telephonic Status Conference held on 12/23/2025. 09 minutes(Court Reporter Terri Fidanza.) (Lewis, D) (Entered: 12/23/2025) |
| 12/23/2025 | 37 | ORDER OF TRANSFER. Case reassigned to Judge Vernon D. Oliver for all further proceedings.<br>Signed by Judge Sarah F. Russell on 12/23/2025.(Lewis, D) (Entered: 12/23/2025) |
| 12/23/2025 | 38 | WAIVER OF SERVICE Returned Executed as to William Tong waiver sent on 12/19/2025, answer due 2/17/2026 filed by Coinbase Financial Markets, Inc.. (Walker, Benjamin) (Entered: 12/23/2025) |
| 12/23/2025 | 39 | WAIVER OF SERVICE Returned Executed as to Bryan T Cafferelli waiver sent on 12/19/2025, answer due 2/17/2026 filed by Coinbase Financial Markets, Inc.. (Walker, Benjamin) (Entered: 12/23/2025) |

| | | |
|---|---|---|
| 12/23/2025 | 40 | WAIVER OF SERVICE Returned Executed as to Kristofer Gilman waiver sent on 12/19/2025, answer due 2/17/2026 filed by Coinbase Financial Markets, Inc.. (Walker, Benjamin) (Entered: 12/23/2025) |
| 12/29/2025 | 41 | ORDER. The Court enters the following briefing schedule on Plaintiff’s motion for a preliminary injunction (ECF No. 5, the “Motion”): Defendants’ response to Plaintiff’s Motion shall be filed on or before ***January 9, 2026***. Plaintiff’s reply in further support of its Motion shall be filed on or before ***January 30, 2026.*** Oral argument will take place on ***February 11, 2026, at 1:00 PM.*** A separate scheduling order shall issue.<br><br>Signed by Judge Vernon D. Oliver on 12/29/2025. (Dikler, J) (Entered: 12/29/2025) |
| 12/29/2025 | 42 | NOTICE OF E−FILED CALENDAR re: 5 MOTION for Preliminary Injunction. THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Motion Hearing set for 2/11/2026 at 01:00 PM in Courtroom Three, 450 Main St., Hartford, CT before Judge Vernon D. Oliver. Set Deadlines as to 5 MOTION for Preliminary Injunction: Responses due by 1/9/2026. (Kelsey, N) (Entered: 12/29/2025) |
| 01/08/2026 | 43 | NOTICE of Appearance by Michael Nunes on behalf of Bryan T Cafferelli, Kristofer Gilman, William Tong (Nunes, Michael) (Entered: 01/08/2026) |
| 01/09/2026 | 44 | Memorandum in Opposition re 5 MOTION for Preliminary Injunction filed by Bryan T Cafferelli, Kristofer Gilman, William Tong. (Gasser, Joseph) (Entered: 01/09/2026) |
| 01/13/2026 | 45 | CERTIFICATE OF GOOD STANDING re 6 MOTION for Attorney(s) Benjamin R. Walker to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC−8440749) by Coinbase Financial Markets, Inc.. (Walker, Benjamin) (Entered: 01/13/2026) |
| 01/13/2026 | 46 | CERTIFICATE OF GOOD STANDING re 10 MOTION for Attorney(s) Jeffrey B. Wall to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC−8440762) by Coinbase Financial Markets, Inc.. (Wall, Jeffrey) (Entered: 01/13/2026) |
| 01/13/2026 | 47 | CERTIFICATE OF GOOD STANDING re 11 MOTION for Attorney(s) James M. McDonald to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC−8440763) by Coinbase Financial Markets, Inc.. (McDonald, James) (Entered: 01/13/2026) |
| 01/13/2026 | 48 | CERTIFICATE OF GOOD STANDING re 9 MOTION for Attorney(s) Yaira Dubin to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC−8440761) by Coinbase Financial Markets, Inc.. (Dubin, Yaira) (Entered: 01/13/2026) |
| 01/13/2026 | 49 | CERTIFICATE OF GOOD STANDING re 7 MOTION for Attorney(s) Akash M. Toprani to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC−8440758) by Coinbase Financial Markets, Inc.. (Toprani, Akash) (Entered: 01/13/2026) |
| 01/13/2026 | 50 | CERTIFICATE OF GOOD STANDING re 8 MOTION for Attorney(s) Rishabh Bhandari to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC−8440759) by Coinbase Financial Markets, Inc.. (Bhandari, Rishabh) (Entered: 01/13/2026) |
| 01/16/2026 | 51 | NOTICE of Appearance by Thomas J. Murphy on behalf of Tribal Amici (Murphy, Thomas) (Entered: 01/16/2026) |
| 01/16/2026 | 52 | MOTION for Attorney(s) Joseph H. Webster to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC−8469862) by Tribal Amici. (Attachments: # 1 Exhibit A)(Murphy, Thomas) (Entered: 01/16/2026) |
| 01/16/2026 | 53 | MOTION for Attorney(s) Elizabeth A. Bower to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC−8469871) by Tribal Amici. (Attachments: # 1 Exhibit A)(Murphy, Thomas) (Entered: 01/16/2026) |

| | | |
|---|---|---|
| 01/16/2026 | 54 | MOTION for Attorney(s) Jens W. Camp to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC−8469874) by Tribal Amici. (Attachments: # 1 Exhibit A)(Murphy, Thomas) (Entered: 01/16/2026) |
| 01/16/2026 | 55 | MOTION for Attorney(s) Bryan Newland to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC−8469878) by Tribal Amici. (Attachments: # 1 Exhibit A)(Murphy, Thomas) (Entered: 01/16/2026) |
| 01/16/2026 | 56 | MOTION for Attorney(s) Michael Hoenig to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC−8469880) by Tribal Amici. (Attachments: # 1 Exhibit A)(Murphy, Thomas) (Entered: 01/16/2026) |
| 01/16/2026 | 57 | MOTION for Attorney(s) Scott Crowell to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC−8469889) by Tribal Amici. (Attachments: # 1 Exhibit A)(Murphy, Thomas) (Entered: 01/16/2026) |
| 01/16/2026 | 58 | MOTION for Leave to File *Amicus Curiae Brief* by Tribal Amici. (Attachments: # 1 Exhibit 1)(Murphy, Thomas) (Entered: 01/16/2026) |
| 01/20/2026 | 59 | ORDER granting 52 Motion to Appear Pro Hac Vice for Attorney Joseph H. Webster. Signed by Clerk on 1/20/2026. (Denault, S) (Entered: 01/20/2026) |
| 01/20/2026 | 60 | ORDER granting 53 Motion to Appear Pro Hac Vice for Attorney Elizabeth A. Bower. Signed by Clerk on 1/20/2026. (Denault, S) (Entered: 01/20/2026) |
| 01/20/2026 | 61 | ORDER granting 54 Motion to Appear Pro Hac Vice for Attorney Jens W. Camp. Signed by Clerk on 1/20/2026. (Denault, S) (Entered: 01/20/2026) |
| 01/20/2026 | 62 | ORDER granting 56 Motion to Appear Pro Hac Vice for Attorney Michael Hoenig. Signed by Clerk on 1/20/2026. (Denault, S) (Entered: 01/20/2026) |
| 01/20/2026 | 63 | ORDER granting 57 Motion to Appear Pro Hac Vice for Attorney Scott Crowell. Signed by Clerk on 1/20/2026. (Denault, S) (Entered: 01/20/2026) |
| 01/20/2026 | 64 | ENTERED IN ERROR − ORDER granting 55 Motion to Appear Pro Hac Vice for Attorney Bryan Newland. Certificate of Good Standing due by 3/21/2026. Signed by Clerk on 1/20/2026. (Denault, S) Modified on 1/20/2026 to reflect entered in error (Denault, S). (Entered: 01/20/2026) |
| 01/20/2026 | 65 | ORDER. Any party wishing to oppose 58 Motion for Leave to File Amicus Brief may do so on or before **January 27, 2026.** A reply, if one is to be filed, is due on or before **February 3, 2026.**<br><br>Signed by Judge Vernon D. Oliver on 1/20/2026. (Dikler, J) (Entered: 01/20/2026) |
| 01/20/2026 | 66 | Docket Entry Correction re 64 Order on Motion for Admission Pro Hac Vice, to reflect order entered in error. (Denault, S) (Entered: 01/20/2026) |
| 01/20/2026 | 67 | ORDER **denying** 55 Motion for Admission Pro Hac Vice by attorney Bryan Newland. Admission pro hac vice in this Court requires a "certificate of good standing from the court of the state in which [the attorney seeking pro hac vice admission has their] primary office." Attorney Newland submitted a certificate of good standing from the Supreme Court of the State of Michigan, but listed his primary office as being located in Washington, D.C. See ECF No. 55−1 at 3 and ECF No. 55 at 2. Accordingly, the motion is **denied without prejudice to refiling.**<br>Signed by Judge Vernon D. Oliver on 1/20/2026.(Denault, S) (Entered: 01/20/2026) |
| 01/20/2026 | | Set Deadlines as to 58 MOTION for Leave to File Amicus Curiae Brief. Responses due by 1/27/2026. (Kelsey, N) (Entered: 01/21/2026) |
| 01/23/2026 | 68 | MOTION for Attorney(s) Bryan Newland to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC−8476155) by Tribal Amici. (Murphy, Thomas) (Entered: 01/23/2026) |
| 01/23/2026 | 69 | NOTICE of Appearance by Scott Crowell on behalf of Tribal Amici *Rincon Band of Luiseno Indians, Santa Ynez Chumash Indians, Spokane Tribe of Indians* (Crowell, Scott) (Entered: 01/23/2026) |

| | | |
|---|---|---|
| 01/26/2026 | 70 | ORDER granting 68 Motion to Appear Pro Hac Vice for Attorney Bryan Newland. Signed by Clerk on 1/26/2026. (Denault, S) (Entered: 01/26/2026) |
| 01/26/2026 | 71 | NOTICE of Appearance by Jens Wesley Camp on behalf of Tribal Amici (Attachments: # 1 Exhibit Exhibit A − List of Tribal Amici)(Camp, Jens) (Entered: 01/26/2026) |
| 01/27/2026 | 72 | NOTICE of Appearance by Joseph H Webster on behalf of Tribal Amici (Attachments: # 1 Exhibit Exhibit A List of Tribal Amici)(Webster, Joseph) (Entered: 01/27/2026) |
| 01/29/2026 | 73 | NOTICE of Appearance by Elizabeth Bower on behalf of Tribal Amici (Attachments: # 1 Exhibit Exhibit A)(Bower, Elizabeth) (Entered: 01/29/2026) |
| 01/30/2026 | 74 | REPLY to Response to 5 MOTION for Preliminary Injunction filed by Coinbase Financial Markets, Inc.. (Holley, Steven) (Entered: 01/30/2026) |
| 01/30/2026 | 75 | ORDER **granting** 58 Motion for Leave to File Amicus Curiae Brief. The proposed amicus brief Tribal Amici submitted with their motion (ECF No. 58−1) shall be deemed submitted.<br><br>Signed by Judge Vernon D. Oliver on 1/30/2026. (Dikler, J) (Entered: 01/30/2026) |
| 02/03/2026 | 76 | Notice of Additional Authority re 5 MOTION for Preliminary Injunction filed by Bryan T Cafferelli, Kristofer Gilman, William Tong. (Gasser, Joseph) (Entered: 02/03/2026) |
| 02/03/2026 | 77 | Joint MOTION for Extension of Time until 14 days after the Court has ruled on Plaintiff's Motion for Preliminary Injunction to file a Rule 26(f) report by Coinbase Financial Markets, Inc.. (Holley, Steven) (Entered: 02/03/2026) |
| 02/04/2026 | 78 | ORDER **granting** 77 Motion for Extension of Time. The parties may file their 26(f) report 14 days after the Court issues a decision on the pending Motion for a Preliminary Injunction (the "Motion") (ECF No. 5). Signed by Judge Vernon D. Oliver on 2/4/2026. (Dao, J) (Entered: 02/04/2026) |
| 02/04/2026 | 79 | MOTION to excuse local counsel from participation in Court proceedings by Coinbase Financial Markets, Inc..Responses due by 2/25/2026 (Holley, Steven) (Entered: 02/04/2026) |
| 02/09/2026 | 80 | ORDER **granting in part** 79 Motion to Excuse Local Counsel. The motion to allow local counsel to be excused from attendance is **granted** as to all proceedings, except that local counsel must attend any pretrial conference before jury selection. Signed by Judge Vernon D. Oliver on 2/9/2026. (Dao, J) (Entered: 02/09/2026) |
| 02/10/2026 | 81 | Consent MOTION for Extension of Time until 21 days after the Cout's PI ruling Respond to Complaint by Bryan T Cafferelli, Kristofer Gilman, William Tong. (Gasser, Joseph) (Entered: 02/10/2026) |
| 02/11/2026 | 82 | Minute Entry for proceedings held before Judge Vernon D. Oliver: Motion Hearing held on 2/11/2026 re 5 MOTION for Preliminary Injunction filed by Coinbase Financial Markets, Inc. Total Time: 1 hours and 5 minutes (Court Reporter Corinne Thomas.) (Kelsey, N) (Entered: 02/11/2026) |
| 02/11/2026 | 83 | ORDER **granting** 81 Motion for Extension of Time. Defendants may respond to the complaint 21 days after the Court's ruling on the pending Motion for a Preliminary Injunction. Signed by Judge Vernon D. Oliver on 2/11/2026. (Dao, J) (Entered: 02/11/2026) |
| 02/18/2026 | 84 | TRANSCRIPT of Proceedings: Type of Hearing: Motion Hearing. Held on 2/11/2026 before Judge Vernon D. Oliver. Court Reporter: Corinne Thomas. **IMPORTANT NOTICE − REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy |

| | | |
|---|---|---|
| | | governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 3/11/2026. Redacted Transcript Deadline set for 3/21/2026. Release of Transcript Restriction set for 5/19/2026. (Thomas, Corinne) (Entered: 02/18/2026) |
| 02/20/2026 | 85 | Notice of Additional Authority re 5 MOTION for Preliminary Injunction filed by Coinbase Financial Markets, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Holley, Steven) (Entered: 02/20/2026) |
| 02/20/2026 | 86 | Notice of Additional Authority re 5 MOTION for Preliminary Injunction filed by Coinbase Financial Markets, Inc.. (Attachments: # 1 Exhibit A)(Holley, Steven) (Entered: 02/20/2026) |
| 03/10/2026 | 87 | Notice of Additional Authority re 5 MOTION for Preliminary Injunction filed by Bryan T Cafferelli, Kristofer Gilman, William Tong. (Gasser, Joseph) (Entered: 03/10/2026) |
| 03/12/2026 | 88 | Notice of Additional Authority re 5 MOTION for Preliminary Injunction filed by Coinbase Financial Markets, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Walker, Benjamin) (Entered: 03/12/2026) |
| 03/25/2026 | 89 | MOTION for Steven L. Holley to Withdraw as Attorney by Coinbase Financial Markets, Inc.. (Holley, Steven) (Entered: 03/25/2026) |
| 03/25/2026 | 90 | ORDER **granting** 89 Motion to Withdraw as Attorney. Attorney Steven Holley terminated as counsel for Plaintiff. Signed by Judge Vernon D. Oliver on 3/25/2026. (Dao, J) (Entered: 03/25/2026) |
| 06/26/2026 | 91 | Notice of Additional Authority re 5 MOTION for Preliminary Injunction filed by Bryan T Cafferelli, Kristofer Gilman, William Tong. (Nunes, Michael) (Entered: 06/26/2026) |
| 07/08/2026 | 92 | Notice of Additional Authority re 5 MOTION for Preliminary Injunction filed by Bryan T Cafferelli, Kristofer Gilman, William Tong. (Gasser, Joseph) (Entered: 07/08/2026) |
| 08/10/2026 | 93 | ORDER ***denying*** 5 Motion for Preliminary Injunction, for the reasons in the attached. Per the Court’s previous orders at ECF Nos. 78, 83, the parties are ordered to file their Rule 26(f) Report on or before ***August 24, 2026***. Defendants may respond to the Complaint in this matter on or before ***August 31, 2026.***<br><br>(Attachments: (1) Exhibit A − Kalshi Opinion)<br><br>Signed by Judge Vernon D. Oliver on 8/10/2026. (JD2) (Entered: 08/10/2026) |
| 08/10/2026 | | Set Deadlines: Rule 26 Meeting Report due by 8/24/2026; Answer deadline updated for Bryan T Cafferelli to 8/31/2026; Kristofer Gilman to 8/31/2026; William Tong to 8/31/2026 (nk) (Entered: 08/11/2026) |
| 08/14/2026 | 94 | NOTICE OF APPEAL as to 93 Order on Motion for Preliminary Injunction, by Coinbase Financial Markets, Inc.. Filing fee $ 605, receipt number ACTDC−8717384. (Dubin, Yaira) (Entered: 08/14/2026) |
| 08/14/2026 | 95 | MOTION for Emergency Injunction Pending Appeal re 93 Order on Motion for Preliminary Injunction, by Coinbase Financial Markets, Inc..Responses due by 9/4/2026 (Attachments: # 1 Memorandum in Support)(Dubin, Yaira) (Entered: 08/14/2026) |
| 08/17/2026 | 96 | CLERK'S CERTIFICATE RE: INDEX AND RECORD ON APPEAL re: 94 Notice of Appeal. The attached docket sheet is hereby certified as the entire Index/Record on Appeal in this matter and electronically sent to the Court of Appeals, with the exception of any manually filed documents as noted below. Dinah Milton Kinney, Clerk. Documents manually filed not included in this transmission: None (si) (Entered: 08/17/2026) |