# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Coinbase Financial Markets, Inc. v. Tong et al. ____ Docket No.: 26-2297 _______

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Parisa Sadeghi

Firm: Gibson, Dunn & Crutcher LLP

Address: 200 Park Avenue, New York, NY 10166

Telephone: 332.253.7876 ________________________ Fax: ______

E-mail: PSadeghi@gibsondunn.com

**Appearance for:** Coinbase Financial Markets, Inc. / Plaintiff-Appellant
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: ____________________)
(name/firm)

☐ Substitute counsel (replacing other counsel: ______ ____________________)
(name/firm)

☑ Additional counsel (co-counsel with: Yaira Dubin / Gibson, Dunn & Crutcher LLP)
(name/firm)

☐ Amicus (in support of: ____________________)
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on ____________________ OR

☐ I applied for admission on ____________________.

Signature of Counsel: /s/ Parisa Sadeghi

Type or Print Name: Parisa Sadeghi